No. 518. BANK OF BRITISH COLUMBIA, PETITIONER, *v.* PERCY P. MOORE, ADMINISTRATOR, ETC. January 25, 1904. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Ninth Circuit denied. *Mr. John F. Dillon, Mr. Harry Hubbard, Mr. John M. Dillon, Mr. Fisher A.*

*Baker* and *Mr. Sidney T. Smith* for petitioner. *Mr. Charles S. Wheeler* for respondent.

---

